1 SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
2 PMB #253
CARMICHAEL, CA 95608-5758
3 TELEPHONE (916) 485-3516
FAX (916) 481-4224
4 E-MAIL  scottnjohnson@comcast.net

5 Attorney for Plaintiff Scott N. Johnson

6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13 SCOTT N. JOHNSON,                    ) Case No.**2:10-cv-01490-FCD-EFB**
                                       )
14           Plaintiff,                ) **STIPULATION AND ORDER RE**
                                       ) **REQUEST FOR ADDITIONAL TIME TO**
15       vs.                           ) **FILE DISPOSITIONAL DOCUMENTS**
                                       )
16 VIF/LYON OAK CREEK, LLC,            )
                                       )
17           Defendants.              )
                                       )
18 _____ )

19

20      Plaintiff, Scott N. Johnson, and Defendant, VIF/LYON

21 OAK CREEK, LLC, by and through their respective attorneys

22 of record (Scott N. Johnson; Vincent S. Green) hereby

23 stipulate to an extension of time in which to file

24 dispositional documents by no more than thirty (30) days.

25 Defendants Corporate Counsel would like an opportunity to

26 review the settlement agreement and will need no more than

27 thirty (30) days.

28

STIPULATION AND ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-10-cv-01490-FCD-EFB - 1

Dated:   November 15, 2008                    /s/Scott N. Johnson _____

                                              Scott N. Johnson,

                                              Attorney for Plaintiff


Dated:   November 15, 2008                    /s/Vincent S. Green_____

                                              Vincent S. Green,

                                              Attorney for Defendant,


                              **ORDER**

    IT IS HEREBY ORDERED THAT the parties shall file
dispositional documents no later than thirty (30) days from
the date of this Order.

Dated: November 16, 2010

                                                            _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER REQUEST ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-10-cv-01490-FCD-EFB - 2